IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, )** | | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 06-00283-04-01-CR-W-NKL** |
| | **)** | |
| **JUDY L. JENKINS,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W.

Hays, to which no objection has been filed, the plea of guilty to Count 1 of the Superseding

Indictment is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set

by subsequent order of the court.

                                                s/ NANETTE K. LAUGHREY
                                                NANETTE K. LAUGHREY
                                                United States District Judge

Kansas City, Missouri
November 15, 2007